UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 22-2097 (RCL) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff states the following:

On September 29, 2022, Defendant U.S. Department of Homeland Security made a first and final production of records responsive to the Freedom of Information Act request submitted to Defendant by Plaintiff Judicial Watch, Inc.

Plaintiff challenged some of Defendant's withholdings. Through communication and consultation, Defendant clarified the questioned withholdings and Plaintiff is now satisfied that Defendant has produced all non-exempt records responsive to its request.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties, by counsel, hereby stipulate to the dismissal of this action with prejudice, with each party bearing its own fees and costs.

Date: November 2, 2022

Respectfully Submitted,

BRIAN M. BOYNTON
/s/ *Lauren M. Burke*_____  Principal Deputy Assistant Attorney General
LAUREN M. BURKE      Civil Division
D.C. Bar No. 1028811

| | |
|---|---|
| Judicial Watch, Inc.<br>425 Third Street, SW<br>Suite 800<br>Washington, DC 20024<br>Telephone: (202) 646-5172<br>Email: lburke@judicialwatch.org<br><br>*Counsel for Plaintiff* | MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br>/s/ *Christopher Edelman*<br>Christopher D. Edelman<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW Washington, DC 20005<br>Phone: (202) 305-8659<br>Fax: (202) 616-8460<br>Email: christopher.edelman@usdoj.gov<br><br>*Counsel for Defendant* |